**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roseyln Gira,

       Plaintiff,                     Civil 10-694 (RHK/JJG)

vs.                       **DISQUALIFICATION AND**
                               **ORDER FOR REASSIGNMENT**

Wyeth, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 11, 2010

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                       United States District Judge